FILED
07/26/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Cause No. 1:21-cr-168 -MPB-MJD |
| KELVIN HENDERSON JR., Defendant. | ) | |

**AMENDED STIPULATED FACTUAL BASIS**

The parties stipulate and agree that the following facts establish a factual basis for the defendant's plea of guilty to the offenses set forth in the Indictment and that the Government would be able to establish the following facts beyond a reasonable doubt in the event this cause was to proceed to trial. The following information is only a summary of the Government's evidence.

Between April 2, 2021, and April 26, 2021, Kelvin Henderson made a total of 7 firearms purchases from multiple Shoot Point Blank store locations. Shoot Point Blank is a federal firearms licensee (FFL). From April 2, 2021, through April 20, 2021 Henderson purchased the following four firearms from the Shoot Point Blank store located at 120 South Country Club Road, Indianapolis, Indiana:

a. Ruger AR-556 pistol, bearing serial number 859-22959

b. a Glock 19, 9mm pistol, bearing serial number BTCE769

c. a Glock 19, 9mm pistol, bearing serial number BTED770

d. a Glock 19, 9mm pistol, bearing serial number BN9X921

It should be noted that the purchase of identical firearms within a short amount of time is indicative of firearms trafficking.

Further, on April 21, 2021, Henderson purchased the following firearms from the Shoot Point Blank location located at 2354 Lebanon Street, Lebanon, Indiana 46052:

e. a Glock 45, 9mm pistol, bearing serial number AFHP445

f. a Glock 26, 9mm pistol, bearing serial number BTEY916

On April 26, 2021, Henderson purchased the following firearm from the Shoot Point Blank store located at 120 South Country Club Road, Indianapolis, Indiana:

g. a Glock 45 9mm pistol, bearing serial number BTUB530

As part of each transaction, Henderson was required to complete an ATF Form 4473 to be approved for the purchase. Henderson completed the forms, and he answered "yes" to question 21.a: "Are you the actual transferee/buyer of the firearm(s) listed on this form?" There is an explicit warning on the form that states, "You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person."

After completing the forms for each purchase, Henderson signed box 21.1.3 on ATF Form 4473, indicating that his answers in the section that included question 21.a. were true, correct, and complete. The paragraph preceding his signature included the following phrases: "I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law and may violate State and/or local law."

Shoot Point Blank notified agents with the ATF about the multiple purchases conducted by Henderson and provided investigators with video showing Henderson handing one of the firearms he purchased to another individual immediately after he purchased it from the store on April 2, 2021. Henderson was interviewed by ATF agents and during the recorded interview he

informed the agents that he purchased all of the firearms for two people he identified as "Zay" and "Tray." He stated he did not know their real names or numbers and the transactions were set up using Instagram. Henderson stated that he purchased the firearms for Zay because Zay was too young to purchase firearms legally. Henderson stated that he did not know where Zay lived but did know that Zay attended Ben Davis High School in Indianapolis, Indiana.

Henderson admitted that he was not the actual transferee for any of the firearms he purchased at Shoot Point Blank.

Indianapolis, Indiana is located within the Southern District of Indiana.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

7/26/23
DATE

Lawrence D. Hilton
Assistant United States Attorney

7-26-23
DATE

Kelvin Henderson
Kelvin Henderson
Defendant

7.26.23
DATE

James Edgar
Counsel for Defendant